United States District Court
Western District of Wisconsin
28 U.S.C. § 1331 Complaint

**Plaintiff**
Kevin Di ver

V.

**Defendant**
Holly Pavloski (Prior Case Manager / Social Worker), possible others involved.

FILED/REC'D
2025 DEC -2 A 10:58
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Case No. 25-cv-988-jdp

A. **Parties**
1. Plaintiff is a citizen of Wisconsin. Residing at 1464 21st ave Rise Lake, WI 54868.
2. Defendant is a citizen of Wisconsin & works for Lutheran social services located in Douglas County.

B[1]. **Statement Of Claim (Simplified)**

Who: Holly Pavlosk, i & those in conjugation (unknown to me) with holding my electrons & then losing them.

What: Had told me that my electrons where found & will be kept safe until my return. but instead (sometime over the course of time that I was gone) they had lost them. Supposedly not knowing if they where possibly destroyed &/or donated. They had then told me that they would replace the items & had then gone back on their word & I am now without $2,120 worth of electrons. These being 2 gaming consoles (Nintendo switch $350 & Xbox one $500), 2 T.V.'s (a 42" RCA $120 & a 21" Emrcen $150), 8 Nintendo switch games $640, 4 physical Xbox one games & 3 downloaded games $360.

B[2]. **Statement Of Claim (Detailed)**

The above listed electrons I had owned during my stay at the Faxon House group home in Superior prior to being revoked. While in jail I contacted my case manager Holly Padloski about my electrons. She had said that she would go retrieve them. Shortly after I receive a letter from some type of company that was not affiliated with my case manager's department stating that they had my electrons & that I had six months for someone to come get them. I talked with the group home after this to get clarification on what was all going on. They had told me that my case manager picked them up & took there word for It & fingered that was it until I get released. To which, a few months after conditional release was approved, I made a follow up call on the mater with my new case manager Kelly Furnest & she told me that Holly dos not have the electrons & presumes that they where either destroyed &/or donated & they they would reimburse me for my loss. After getting settled into my new group home I am then told that I will not be reimbursed for my electrons.

C. **Jurisdiction**  I Plaintiff Kevin Di ver I'm to sue under violation of federal law under 28 U.S.C. § 1331.

D. **Relief wanted**  I would like the Defendant &/or whomever else was involved or the Sate of Wisconsin to please either **A:** reimburse me with the founds of $2,120 or **B:** replace the missing games, consoles & the T.V's that I had own with slightly used ones of the same type or **C:** a mix of both **A** & **B**.

E. **Jury Demand**  ☒ NO

☒ I DO request to be allowed to file this complaint without paying the the filling fee. I have completed a request to proceed without prepaying the full filing fee from & have attached it to the complaint.

I declare under penalty of perjury that the forgoing is true & correct.

Complaint signed this 25 (day) of 11 2025.

Respectfully Submitted,

_Kevin Diver_
Signature of Plaintiff

715-234-9415
Plaintiff Prisoner Telephone Number

Mailing address of plaintiff
1464 21st ave
Rice Lake, WI 54868

Plaintiff Prisoner ID Number 971093